**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JESSICA MOORE,**

       **Plaintiff,**

vs.                                Case No.: 6:09-CV-274-ORL-31-KRS

**THE CLUB AT ORLANDO
CONDOMINIUM ASSOCIATION, INC.,
and PEGGY CULLEN,**

       **Defendants.**

_____

**NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANTS
THE CLUB AT ORLANDO CONDOMINIUM ASSOCIATION, INC. AND
PEGGY CULLEN**

**SERVED VIA U.S. MAIL AND ELECTRONIC MAIL TO:**

The Club at Orlando Condominium Association, Inc. and Peggy Cullen
c/o
Robert Alden Swift
Greg Ackerman
Cole, Scott, & Kissane, P.A.
Tower Place, Suite 750
1900 Summit Tower Blvd.
Orlando, FL 32810

       In accordance with Federal Rule of Civil Procedure 33, you are required to answer the following Interrogatories propounded on the Defendants The Club at Orlando Condominium Association, Inc. and Peggy Cullen, under oath within thirty (30) days from the date hereof in accordance with the Definitions and Instructions provided therein.

       Respectfully submitted this 22nd day of May 2009.

                                              s/Aaron C.Bates
                                              Counsel for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| Aaron C. Bates | Matthew W. Dietz |
| Florida Bar No. 011749 | Florida Bar No. 0084905 |
| BATES MOKWA, PLLC | LAW OFFICES OF MATTHEW W. DIETZ, P.L. |
| 126 East Jefferson Street | |
| Orlando, Florida 32801 | 2990 Southwest 35th Avenue |
| Telephone: (407) 893-3776 | Miami, Florida 33133 |
| Facsimile: (407) 893-3779 | Telephone (305) 669-2822 |
| abates@batesmokwa.com | Facsimile (305) 442-4181 |
| | Matthewdietz@usdisabilitylaw.com |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 22, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                              s/Aaron C. Bates
                                                Aaron C. Bates

## SERVICE LIST

Robert Alden Swift
Greg Ackerman
Cole, Scott, & Kissane, P.A.
Tower Place, Suite 750
1900 Summit Tower Blvd.
Orlando, FL 32810
robert.swift@csklegal.com
greg.ackerman@csklegal.com
Phone: (321) 972-0000
Fax: (321) 972-0099

**Attorneys for Defendants**