UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA MOORE,

    Plaintiff,

v.                                CASE NO.: 6:09-CV-274-ORL-31-KRS

THE CLUB AT ORLANDO CONDOMINIUM
ASSOCIATION, INC., a Florida corporation, and
PEGGY CULLEN, individually,

    Defendants.
_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT TO PLAINTIFF

The Defendants, THE CLUB AT ORLANDO CONDOMINIUM ASSOCIATION, INC., and PEGGY CULLEN, by and through their undersigned counsel, and pursuant to Florida Statute §768.79 and Fla.R.Civ.P. 1.442, hereby give notice of the service of a proposal for settlement upon the Plaintiff, JESSICA MOORE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Aaron C. Bates, Esquire, 126 East Jefferson Street, Orlando, FL 32801 and Matthew W. Dietz, Esquire, 2990 Southwest 35th Avenue, Miami, FL 33133, Attorneys for Plaintiff.

                                      ___/s/ Greg Ackerman_____
                                      ROBERT ALDEN SWIFT
                                      FBN: 0018518
                                      GREG ACKERMAN
                                      FBN: 0104132
                                      COLE, SCOTT & KISSANE, P.A.
                                      Attorneys for Defendants
                                      Tower Place, Suite 750
                                      1900 Summit Tower Blvd
                                      Orlando, Florida 32 810
                                      E-Mail: robert.swift@csldegal.com
                                      Telephone: (321) 972-0010
                                      Facsimile: (321) 972-0099