**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JESSICA MOORE,**

       **Plaintiff,**

vs.                                    Case No.: 6:09-CV-274-ORL-31-KRS

**THE CLUB AT ORLANDO
CONDOMINIUM ASSOCIATION, INC.,
and PEGGY CULLEN,**

       **Defendants.**
_____

**NOTICE OF SETTLEMENT**

     Plaintiff Jessica Moore and Defendants The Club at Orlando Condominium Association, Inc. and Peggy Cullen, by and through her undersigned attorneys, pursuant to L.R. 3.08, hereby notify the Court that they have reached a settlement in the above-referenced case.

     Respectfully submitted this 22nd day of January, 2010.

                                                 s/Aaron C. Bates_____
                                                 Counsel for Plaintiff

**OF COUNSEL:**

| | |
|---|---|
| Aaron C. Bates | Matthew W. Dietz |
| Florida Bar No. 011749 | Florida Bar No. 0084905 |
| BATES MOKWA, PLLC | LAW OFFICES OF MATTHEW W. DIETZ, P.L. |
| 126 East Jefferson Street | 2990 Southwest 35th Avenue |
| Orlando, Florida 32801 | Miami, Florida 33133 |
| Telephone: (407) 893-3776 | Telephone (305) 669-2822 |
| Facsimile: (407) 893-3779 | Facsimile (305) 442-4181 |
| abates@batesmokwa.com | Matthewdietz@usdisabilitylaw.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22nd, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

        s/ Aaron C. Bates
           Aaron C. Bates

## SERVICE LIST

Robert Alden Swift
Greg Ackerman
Cole, Scott, & Kissane, P.A.
Tower Place, Suite 750
1900 Summit Tower Blvd.
Orlando, FL 32810
robert.swift@csklegal.com
greg.ackerman@csklegal.com
Phone: (321) 972-0000
Fax: (321) 972-0099

**Attorneys for Defendants**